# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ALMATY
ASHGABAT
ASTANA
BEIJING
BUENOS AIRES
DUBAI
FRANKFURT
GENEVA
HOUSTON

ISTANBUL
LONDON
MEXICO CITY
MILAN
MUSCAT
PARIS
ROME
WASHINGTON, D.C.

ATTORNEYS AND COUNSELLORS AT LAW

101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

DOC #_____

TELEPHONE +1 212 696 6000
FACSIMILE +1 212 697 1559
WWW.CURTIS.COM

**GABRIEL HERTZBERG**
TEL: +1 212 696 8858
FAX: +1 917 368 7356
E-MAIL: ghertzberg@curtis.com

June 13, 2016



**BY FACSIMILE: 212-805-4060**

Honorable James C. Francis IV
United States Magistrate Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Norman Seabrook and Murray Huberfeld*, 16 Mag. 3626

Dear Judge Francis:

We represent Murray Huberfeld in this case. Mr. Huberfeld was arraigned before the Honorable Kevin N. Fox on June 8, 2016, and is presently released on bail.

Judge Fox directed Mr. Huberfeld to present two co-signers for his bail bond by today, June 13. We notified the government on June 9 who the co-signers would be, but the government and co-signers were unable to schedule an interview appointment until tomorrow afternoon due to the Jewish holiday today. Accordingly, with the government's consent, we respectfully request that Mr. Huberfeld be afforded until June 16 to complete this aspect of his bail package.

Respectfully,

Gabriel Hertzberg

cc: AUSA Russell Capone
    Paul Shechtman, Esq. (counsel for Mr. Seabrook)
    (*via* email)

2572576.1

*Application granted.* 6/14/16
SO ORDERED.
James C. Francis IV
USMJ





Please consider the environment before printing this email.



# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | ISTANBUL | | |
| ASHGABAT | LONDON | | |
| ASTANA | MEXICO CITY | **ATTORNEYS AND COUNSELLORS AT LAW** | TELEPHONE 212-696-6000 |
| BEIJING | MILAN | | FACSIMILE 212-697-1559 |
| BUENOS AIRES | MUSCAT | 101 PARK AVENUE | WWW.CURTIS.COM |
| DUBAI | PARIS | NEW YORK, NEW YORK 10178-0061 | |
| FRANKFURT | ROME | | |
| HOUSTON | WASHINGTON, D.C. | | |

WRITER'S DIRECT:
TELEPHONE 212-696-6043
FACSIMILE 917-368-8843
E-MAIL jvelez@curtis.com

# FAX TRANSMISSION

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOUR USE, RETENTION AND DISSEMINATION OF THIS COMMUNICATION ARE STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

PLEASE DELIVER these 3 page(s), including this page.

FAX NO.        +1 (212) 805-4060

FROM        :   Velez, Josephine

DATE        :   6/13/2016

COMMENTS:

TO:     Honorable James C. Francis IV

FROM: Gabriel Hertzberg

RE:     United States v. Norman Seabrook and Murray Huberfeld, 16 Mag. 3626

The attached letter is sent to you on behalf of Gabriel Hertzberg.

Thank you!

*Josephine Velez*
Secretary

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Direct Dial: +1 212 696 6043
Fax: +1 917 368 8843
jvelez@curtis.com